THE STATE OF TEXAS EX REL RAYMOND T. YELKIN, ET AL V. THOMAS E. HAND, JR., ET AL.

No. A-7735. Decided in Chambers February 26, 1960.
(333 S.W. 2d Series 108)

*Joseph G. Resweber,* County Attorney Harris County, *Barrow, Bland & Rehmet* and *David Bland,* all of Houston, *M. K. Woodward, Graves, Dougherty* and *Gee* and *J. Chrys Dougherty,* for the State and ex rel Yelkin.

*Butler, Binion, Rice & Cook* and *Fletcher H. Etheridge, Bell & Singleton* and *Charles W. Bell,* all of Houston, *Hart* and *Hart James P. Hart,* all of Austin,, for Hand et al.

Court en banc in chambers.

It is the order of this Court that Respondents Thomas E. Hand, Jr., J. Ed. Eisemann, III, J. R. Strickland, Wylie W. Vale, Donald V. Weber, W. W. Hand, Alvin A. Cherry, and E. T. Criddel, II, their agents and employees, are temporarily en-

joined from taking or causing to be taken, either directly or indirectly, any action for the calling or holding of any election of corporate officers or directors of Columbia General Life Insurance Company or from holding, participating in, or being a candidate for election in any such corporate election, pending a final determination of the applications for writs of error now pending in this Court and until the further order of this Court.*

Order issued February 26, 1960.

*Applications refused, no reversible error, March 4, 1960, this vol. below, 333 S.W. 2d 109.